O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY CARRILLO,<br><br>    Petitioner,<br> v.<br><br>LARRY SMALL, Warden,<br><br>    Respondent. | Case No. CV 09-9151-JST (OP)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1  IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered denying the
3  Petition and dismissing this action with prejudice.

6  DATED: 10-03-11

   /s/ Josephine Tucker
   HONORABLE JOSEPHINE STATON TUCKER
   United States District Judge

Prepared by:

   /s/ Oswald Parada
   HONORABLE OSWALD PARADA
   United States Magistrate Judge